# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

138907

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SONYA BARNES,
      Defendant-Appellant.

SC: 138907
COA: 284886
Wayne CC: 07-020267-FC

_____/

      On order of the Court, the application for leave to appeal the May 5, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

Clerk

0720